FILED

07/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0510

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0510

CODY WAYNE JOHNSTON,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

O R D E R

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed electronically on July 6, 2022, this Court has determined that the brief does not comply with Rule 10 and must be supplemented as provided below.

M. R App. P. 10(2) requires that all papers filed in this Court be "served by the party on all other parties to the appeal or review." This case arises out of a criminal matter prosecuted by the Richland County Attorney's Office. The Appellee's certificate of service reflects that the response brief was served on the Dawson County Attorney, rather than the Richland County Attorney. Accordingly, while the Court accepts filing of the response brief, the Appellee shall serve a copy of its brief on the Richland County Attorney and file an amended certificate of service.

Therefore,

IT IS ORDERED that the Appellee serve a copy of its brief on the Richland County Attorney and file an amended certificate of service with this Court.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the amended certificate of service.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
July 7 2022